UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CUSTOM PRO LOGISTICS, LLC,   Case No. 1:16-cv-972

    Plaintiff,   Judge Timothy S. Black

vs.

DEAN FRINK TRANSPORTATION, LLC,

    Defendant.

## ORDER REMANDING THIS CIVIL CASE
## TO THE HAMILTON COUNTY COURT OF COMMON PLEAS

This civil action was removed to this Court from the Hamilton County Court of Common Pleas on October 3, 2016. (Doc. 1). In Defendant's notice of removal, it claimed that this Court had subject matter jurisdiction in this case pursuant to 49 U.S.C. §§ 14706 *et seq.* and 28 U.S.C. § 1337. (*Id.* at 2).

After reviewing the Complaint, the Court finds that this case does not meet the amount in controversy requirement that 28 U.S.C. § 1337 imposes on cases removed based on 49 U.S.C. §§ 14706 *et seq.* The Court therefore does not have jurisdiction over this case, and the case must be remanded back to the Hamilton County Court of Common Pleas, from which it was improperly removed.

Accordingly, this case is **REMANDED** to the Hamilton County Court of Common Pleas, whereupon this case is **TERMINATED** in this Court.

    **IT IS SO ORDERED.**

Date:  11/7/16                          *s/ Timothy S. Black*
                                                         Timothy S. Black
                                                         United States District Judge